IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY CARR,              )<br>          Plaintiff,        )<br>                                )<br>vs                              )     Civil Action No. 17-950<br>                                )<br>NORFOLK SOUTHERN RAILWAY COMPANY, )<br>          Defendant.      ) | |

O R D E R

AND NOW, this 16th day of October, 2017, upon consideration of Defendant's Motion to Transfer Venue (ECF No. 8) and Plaintiff's consent thereto (ECF No. 11) and the parties having consented to the jurisdiction of a magistrate judge for the purpose of ruling on this motion (ECF No. 13),

IT IS HEREBY ORDERED that the motion to transfer venue is granted and the Clerk of Court is directed to transfer the above-titled action to the United States District Court for the Middle District of Pennsylvania forthwith.

s/Robert C. Mitchell
ROBERT C. MITCHELL
United States Magistrate Judge